IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04CR00161-001FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOUIS MICHAEL LAZORWITZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Financial Section of the United States District Court Clerk's Office shall issue a refund over certain overpayments, in the amount of $28,554.22, to IBM Benefits Center – Provided by Fidelity.

SO ORDERED, this the 15th day of January, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge